UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAVIS, *et al.*, | ) | Case No.: 4:23 CV 308 |
| | ) | |
| Plaintiffs | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY CO., | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants | ) | ORDER OF TRANSFER |

Pursuant to L.R. 3.1(b)(3), and with the agreement of both the transferor and transferee judges, the above captioned case is transferred to the docket of Judge Benita Y. Pearson, U.S. District Court for the Northern District of Ohio, as related to Case No. 4:23 CV 242.

IT IS SO ORDERED.

/s/ Solomon Oliver, Jr.
United States District Judge
Transferor Judge

/s/ Benita Y. Pearson
United States District Judge
Transferee Judge

March 2, 2023